**NIT WANG, Plaintiff–Appellant**

v.

**NEBRASKA PUBLIC POWER DISTRICT, Defendant–Appellee.**

No. 15–2234.

United States Court of Appeals, Eighth Circuit.

Submitted: March 18, 2016.

Filed: April 26, 2016.

Nit Wang, Thornton, CO, pro se.

of Missouri.

David R. Buntain, Cline & Williams, Lincoln, NE, David G. Dales, Nebraska Public Power District, Columbus, NE, for Defendant–Appellee.

Before GRUENDER, ARNOLD, SHEPHERD, Circuit Judges.

PER CURIAM.

Nit Wang appeals the adverse judgment entered by the district court[1] after a jury trial. He argues that the district court erred by misrepresenting evidence when responding to jury questions. We cannot address the merits of this argument, as Wang has not provided a transcript of the trial proceedings. *See Meroney v. Delta Int'l Mach. Corp.*, 18 F.3d 1436, 1437 (8th Cir.1994) (although failure to provide complete transcript did not deprive court of jurisdiction, it did constitute grounds for dismissing appeal where lack of trial transcript prevented any meaningful review of issues raised by appellant); *see also* Fed. R.App. P. 10(b)(2) (describing appellant's responsibility to provide transcript).

Accordingly, we dismiss this appeal.

---

[1]. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.